HYDE *v.* CONTINENTAL TRUST COMPANY. No. 894. Appeal from the Circuit Court of the United States for the Southern District of New York.

THE CHIEF JUSTICE: This case differs in no essential respect from that just decided, and must be disposed of in the same way.

*Decree accordingly.*

The opinion of MR. JUSTICE FIELD was entitled in this case as well as in *Pollock* v. *Farmers' Loan & Trust Company.*

MR. JUSTICE WHITE and MR. JUSTICE HARLAN dissented from the decree in this case for the reasons given in their dissenting opinions in *Pollock* v. *Farmers' Loan and Trust Company.*